174 A.3d 508

BRUCE STEVENS, PLAINTIFF–PETITIONER, v. MARY
K. GONZALEZ AND ADRIAN K. GONZALEZ,
DEFENDANTS–RESPONDENTS.

C–172 September Term 2017
079627

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001540–15
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied, with costs.